AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

JUAN M. VASQUEZ,
aka Felipe De La Rosa-Perez

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 89 - M - 01

FILED
MAR 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Juan M. Vasquez, aka Felipe De La Rosa-Perez___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

reenter, and was found in, the United States after having been previously deported from the United States, without having obtained the express consent of the Attorney General of the United States to re-apply for admission into the United States.

in violation of Title _18_ United States Code, Section(s) _§ 1326(a)_

JOHN M. FACCIOLA                           JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE                      U.S. MAGISTRATE JUDGE
Name of Issuing Officer                    Title of Issuing Officer

_[signature]_                              MAR 06 2006, District of Columbia
Signature of Issuing Officer               Date and Location

Bail fixed at $ _____  by _____
                                     Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-6-06 | SGAN Melcos SDUSM | S Buyu |
| DATE OF ARREST 3-16-06 | | |