**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on September 30, 2004**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| | : | |
| **v.** | : | **MAGISTRATE NO.: 06-0089M-01 (CR)** |
| | : | |
| **JUAN M. VASQUEZ,** | : | **VIOLATION:   8 U.S.C. § 1326(a)** |
| **also known as Felipe De La Rosa-Perez,** | : | **(Unlawful Reentry of a Removed Alien)** |
| **also known as Bofo,** | : | |
| | : | |
| **Defendant.** | : | |

**I N D I C T M E N T**

_____The Grand Jury charges that:

**COUNT ONE**

On or about January 22, 2006, within the District of Columbia, defendant **JUAN M. VASQUEZ, also known as Felipe De La Rosa-Perez, also known as Bofo,**, an alien who previously has been deported and removed from the United States, was found in the United States without first having obtained permission from the Attorney General to reenter the United States, and without having been inspected by an Immigration Official, as required by laws of the United States.

(**Unlawful Reentry of a Removed Alien**, in violation of Title 8, U.S.C. Section 1326(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia