UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-93 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **FELIPE DELA ROSA-PEREZ,** | : | |
| aka Juan M. Vasquez, | : | |
| aka "BoFo, | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Frederick W. Yette, at telephone number **(202) 353-1666** and/or email address **Frederick.Yette@usdoj.gov**. Frederick W. Yette, will substitute for former Assistant United States Attorney **G. Michael Harvey**, as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney

_____
**Frederick Yette, #385-391
Assistant United States Attorneys
Federal Major Crimes
555 4th Street, NW, Room 4834
Washington, DC 20530
(202) 353-1666**